**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **PENNYMAC LOAN SERVICES, LLC,** § | |
| § | |
| **PLAINTIFF,** § | |
| § | |
| V. § | **CASE NO. 3:23-CV-01909-B-BK** |
| § | |
| **HAROLD BEALL, JR., RICHARD BEALL,** § | |
| **DENISE BEALL-JONES, AND MICHAEL** § | |
| **BEALL,** § | |
| § | |
| **DEFENDANTS.** § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Harold Beall, Jr.'s motion to dismiss is denied.

SO ORDERED this 26th day of March, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:23-CV-01909-B-BK |
| | § | |
| HAROLD BEALL, JR., RICHARD BEALL, | § | |
| DENISE BEALL-JONES, AND MICHAEL | § | |
| BEALL, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant Harold Beall, Jr. filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Harold Beall, Jr.'s motion to dismiss is denied.

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE