IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:23-CV-1909-B-BK |
| | § | |
| HAROLD BEALL, JR., RICHARD BEALL, DENISE BEALL-JONES, AND MICHAEL BEALL, | § § § | |
| DEFENDANTS | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff PennyMac Loan Services, LLC's Motion for Partial Default Judgment [Doc. 26] is **GRANTED**.

**SO ORDERED**,

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE